# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING CHARLES HUMPHREY,<br><br>    Plaintiff,<br><br>    v.<br><br>IGBINOSA, et al.,<br><br>    Defendants. | **Case No. 1:14-cv-01787-LJO-JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DESIGNATE RECORDS FOR APPEAL PURPOSES**<br><br>**(Doc. 20)** |

Plaintiff, Irving Charles Humphrey, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Following dismissal of this action as barred by *res judicata*, Plaintiff filed a notice of appeal on April 24, 2015.

On April 29, 2015, Plaintiff filed a motion to designate the full record used in this action for use in his appeal. (Doc. 20.) Plaintiff's appeal has been processed to the Ninth Circuit. (Doc. 17.) Processing a case for appeal includes a certification of the record in Plaintiff's action in this Court in compliance with Rule 11 of the Rules of Appellate Procedure. The Ninth Circuit Court of Appeals has access to the Court's entire file in this case as well as to all cases in this Court and will request any necessary documents that it desires, that are in the record, directly from this Court.

///

///

///

1

Based on the foregoing, Plaintiff's motion to designate records from this Court for his appeal in the Ninth Circuit Court of Appeals, filed April 29, 2015 (Doc. 20), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 5, 2015**                                   **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE